## CHARLEY ROTH v. STATE.

No. A-7740. Opinion Filed March 21, 1931.
(296 Pac. 1117.)

Jesse H. Dunn, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Murray county on a charge of manufacturing intoxicating liquor, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

The case appears to have been rather poorly tried, and the record is not in good shape. No new question is presented. The evidence sustains the judgment, and no prejudicial error appears.

The case is affirmed.